1  SHANNON R. BOYCE, Bar No. 229041
   sboyce@littler.com
2  RACHAEL LAVI, Bar No. 294443
   rlavi@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East
4  5th Floor
   Los Angeles, CA 90067.3107
5  Telephone: 310.553.0308
   Facsimile: 310.553.5583
6
7  Attorneys for Defendants
   BRIGHT HORIZONS FAMILY SOLUTIONS,
   INC.; BRIGHT HORIZONS CHILDREN'S
8  CENTERS LLC; AND LISA HENLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WEAVER, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCIE WEAVER,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT HORIZONS FAMILY SOLUTIONS, INC.; BRIGHT HORIZONS CHILDREN'S CENTER, LLC; LISA HENLEY; DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 16-cv-05325<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' NOTICE TO FEDERAL COURT OF REMOVAL** |

1 **TO THE JUDGES OF THE CENTRAL DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:**

In support of its Notice to Federal Court of Removal, Defendants Bright Horizons Family Solutions, Inc., Bright Horizons Children's Centers LLC, and Lisa Henley (collectively, "Defendants") respectfully requests that the Court take judicial notice of the following material pursuant to Federal Rule of Evidence 201.

1. <u>Dickson v. Burke Williams, Inc.</u>, Superior Court of California, County of Los Angeles, Case No. BC465675 (2013), Notice of Entry of Judgment and Minute Order dated February 21, 2014, a true and correct copy of which is attached hereto as **Exhibit 1**.

2. <u>Lover v. Young by Yoyo Yeung, et. al.</u>, Superior Court of California, County of Los Angeles, Case No. BC491106 (2013), Notice of Ruling Following Plaintiff's Motion For Attorney's Fees And Costs dated February 11, 2014, a true and correct copy of which is attached hereto as **Exhibit 2**.

3. <u>Ko v. Square Group, LCC</u>, Superior Court of California, County of Los Angeles, Case No. BC487739 (2014), Judgment on Special Verdict filed June 17, 2014, a true and correct copy of which is attached hereto as **Exhibit 3**.

4. <u>Atkins, et al. v. City of Los Angeles, et. al</u>, Superior Court of California, County of Los Angeles, Case No. BC449616 (2014), Notice of Entry of Judgment, filed May 27, 2014, a true and correct copy of which is attached hereto as **Exhibit 4**.

5. <u>Vasquez v. Los Angeles County Metropolitan Transportation Authority</u>, Superior Court of California, County of Los Angeles, Case No. BC484335 (2013), Judgment on Jury Verdict filed March 14, 2014, a true and correct copy of which is attached hereto as **Exhibit 5**.

6. <u>Ismen v. Beverly Hospital</u>, Superior Court of California, County of Los Angeles, Case No. BC366198 (2008), Judgment on Jury Verdict, filed September 5, 2008, a true and correct copy of which is attached hereto as **Exhibit 6**.

7. <u>Rodriguez v. Valley Vista Services, Inc., et. al.</u>, Superior Court of California, County of Los Angeles, Case No. BC473793 (2013), Judgment on Special Verdicts filed March 5, 2013, a true and correct copy of which is attached hereto as **Exhibit 7.**

8. <u>Cochran v. CBS Corporation, et. al.</u>, Superior Court of California, County of Los Angeles, Case No. BC432836 (2012), Judgment on Special Verdicts filed January 17, 2013, a true and correct copy of which is attached hereto as **Exhibit 8**.

Federal Rule of Evidence 201(b) permits courts to take judicial notice of any facts "not subject to reasonable dispute" which is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Courts may properly take judicial notice of orders of other courts or orders of the same court in a different case. <u>Ferdowsnia v. Std. Ins. Co.</u>, 2011 U.S. Dist. LEXIS 53807, at *9 fn.5 (N.D. Cal. May 10, 2011); <u>Johnson v. Mitchell</u>, 2011 U.S. Dist. LEXIS 44367, at *21 fn.3 (E.D. Cal. Apr. 25, 2011); <u>Onkvisit v. Board of Trs.</u>, 2011 U.S. Dist. LEXIS 42401 (N.D. Cal. Apr. 13, 2011) ("Decrees, orders, and judgments of other courts are subject to judicial notice under Fed. R. Ev. 201") (citing <u>Papai v. Harbor Tug and Barage, Co.</u>, 67 F.3d 203, 207 (9th Cir. 1995)).

1 | The material of which judicial notice is here requested is relevant to Defendants' Notice to Federal Court of Removal insofar as it illustrates support for their position that the amount in controversy in this matter more likely than not exceeds $75,000.

Accordingly, Defendants submit that judicial notice may be properly taken as requested herein.

Dated: July 19, 2016

          /s/ *Rachael Lavi*
          SHANNON R. BOYCE
          RACHAEL LAVI
          LITTLER MENDELSON, P.C.
          Attorneys for Defendants
          BRIGHT HORIZONS FAMILY SOLUTIONS, INC.; BRIGHT HORIZONS CHILDREN'S CENTER LLC; AND LISA HENLEY

Firmwide:141610111.1 050113.1030