JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY WEAVER, Personal Representative of the estate of MARCIE WEAVER,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIGHT HORIZONS FAMILY SOLUTIONS, INC.; BRIGHT HORIZONS CHILDREN'S CENTER, LLC; LISA HENLEY; DOES 1 through 50,**<br><br>Defendants. | Case No. 2:16-cv-05325 DSF (JPRx)<br><br>**JUDGMENT** |

The Motion of Defendants Bright Horizons Family Solutions, Inc. and Bright Horizons Children's Center, LLC for Summary Judgment, or, in the Alternative, Partial Summary Judgment, came on regularly for hearing before this Court on June 19, 2017.

After considering the moving and opposition papers, and having concluded that there is no genuine issue as to any material fact with respect to any of the Plaintiff's claims for relief against Defendants,

1

IT IS ORDERED that judgment be entered in favor of Defendants Bright Horizons Family Solutions, Inc. and Bright Horizons Children's Center, LLC.

Dated: 6/26/17

*Dale S. Fischer*
The Honorable Dale S. Fischer
United States District Judge